STEVEN A. GROODE, Bar No. 210500
sgroode@littler.com
MAGGY M. ATHANASIOUS, Bar No. 252137
mathanasious@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendant
MISSION ESSENTIAL PERSONNEL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSHRA BUTRES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MISSION ESSENTIAL PERSONNEL, LLC a business entity, DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV11-8042 R (DTBx)<br><br>**PROTECTIVE ORDER**<br><br>Complaint Filed: September 28, 2011<br><br><u>DISCOVERY MATTER</u> |

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

## ORDER

Good cause appearing therefore, the terms of the Parties' Stipulation Re Protective Order filed on December 29, 2011 are adopted by the Court. The Parties shall adhere to the terms of the Stipulation Re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**.

DATED: Jan. 4, 2012

_____
HONORABLE MANUEL L. REAL
U.S. DISTRICT JUDGE, U.S. DIST. COURT

Firmwide:106087786.1 069089.1001

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.